and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

June 14, 2000

No. 99A1035. Burks v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. Application to vacate the June 14, 2000, order of the United States Court of Appeals for the Fifth Circuit, presented to Justice Scalia, and by him referred to the Court, denied.

No. 99–9501 (99A995). Burks v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Certiorari denied. Justice Stevens and Justice Ginsburg would grant the application for stay of execution.

June 15, 2000

No. 99–10023 (99A1038). In re Nuncio. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 99–10034 (99A1041). In re Nuncio. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 99–9678 (99A968). Nuncio v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Certiorari denied. Justice Stevens and Justice Ginsburg would grant the application for stay of execution. Reported below: 208 F. 3d 1007.